DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
DENNIS S. WAKS, Bar #142581
Supervising Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone (916) 498-5700

Attorney for Defendant
PARULIAN SITORUS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PARULIAN SITORUS, ) <br> ) <br> Defendant. ) <br> ) | Case Number: Cr.S 03-253-LKK <br><br> **MOTION FOR EARLY TERMINATION OF PROBATION** |

  The defendant, through his attorney, DENNIS S. WAKS, Supervising Assistant Federal Defender, respectfully moves this court for an order pursuant to 18 U.S.C. § 3564(c) for early termination of his probation. As grounds in support of this motion, the defendant states the following.

  Mr. Sitorus was charged under 20 U.S.C. § 1097(a), (Student Loan Fraud-class D felony), sentenced to sixty (60) months probation with a condition that he serve six (6) months of home confinement.  Mr. Sitorus was also required to pay restitution in the amount of $48,690.00.

  Section 3564(c) of Title 18, United States Code, provides that the court may "terminate a term of probation previously ordered and discharge the defendant at any time in the case of a misdemeanor or an infraction

or at any time after the expiration of one year in the case of a felony, if it is satisfied that such action is warranted by the conduct of the defendant and the interest of justice."

The national policy for the supervision of federal offenders is set forth in Monograph 109, "The Supervision of Federal Offenders" which was revised in March 2003.

The criteria for early termination are as follows:

1. Stable community reintegration (e.g., residence, family, employment);

2. Progressive strides toward supervision objectives and in compliance with all conditions of supervision;

3. No aggravated role in the offense of conviction, particularly large drug or fraud offenses;

4. No history of violence (e.g. sexually assaultive, predatory behavior, or domestic violence);

5. No recent arrests or convictions (including unresolved pending charges);

6. No recent evidence of alcohol or drug abuse;

7. No recent psychiatric episodes;

8. No identifiable risk to the safety of any identifiable victim; and

9. No identifiable risk to public safety based on the Risk Prediction Index (RPI).

Mr. Sitorus' compliance with the terms of his sentence suggest that early termination is appropriate and will adequately reflect the circumstances of the offense.  Mr. Sitorus has already successfully completed nearly 2½ years of probation, including fulfillment of the special condition that he serve a six-month period of home confinement. Mr. Sitorus also diligently paid back the full amount of restitution. Furthermore, the only reason Mr. Sitorus engaged in the offense conduct was to obtain an education.  Mr. Sitorus has now repaid the amount that funded his education in full and uses the knowledge acquired by his

degree to maintain full time employment.  At the time of the offense, Mr. Sitorus did not have a criminal record of any kind, and he has not had any further charges since.  Mr. Sitorus has had no criminal conduct while on probation nor does he have a history of violence.  He does not use illegal drugs or alcohol.

Since sentencing, Mr. Sitorus has taken a number of steps towards a full and responsible life.  Mr. Sitorus works at the Clinical Lab of San Bernardino as a lab technician in the Microbiology department, a position he has held for over two years.  Mr. Sitorus uses the knowledge acquired from his education in his job and he enjoys the work he is doing.  In August of 2004, Mr. Sitorus got married, and he maintains close relationships with his parents and siblings.  Mr. Sitorus continues to comply with all conditions of probation.

Probation is no longer necessary and the resources of the probation office need not be spent on this case.  Supervising Assistant United States Attorney, Daniel Linhardt, before his retirement, indicated to counsel that he consents to this motion to terminate probation. Furthermore, United States Probation Officer, Linda L. Alger, does not oppose this motion for early termination.

///
///
///
///
///
///
///
///
///

**CONCLUSION**

For the above stated reasons, the defendant respectfully requests that this court terminate his term of probation.

DATED:  May 25, 2006

                                   Respectfully submitted,

                                   DANIEL J. BRODERICK
                                   Acting Federal Defender

                                   /s/ Dennis S. Waks

                                   DENNIS S. WAKS
                                   Supervising Assistant Federal Defender

**ORDER**

It is so ordered.

Dated: May 25, 2006

                                   LAWRENCE K. KARLTON
                                   SENIOR JUDGE
                                   UNITED STATES DISTRICT COURT